# EXHIBIT A



3 of 3 DOCUMENTS

Copyright 2010 GlobeNewswire, Inc.
All Rights Reserved
GlobeNewswire

August 13, 2010 Friday 6:15 AM EST

**SECTION:** LAW & LEGAL ISSUES

**LENGTH:** 744 words

**HEADLINE:** Kahn Swick & Foti, LLC Files First Securities Fraud Class Action Against American Public Education, Inc.; KSF Law Firm Represents Significant Shareholders in This and Other Similar Actions -- APEI

**BODY:**

　　NEW ORLEANS, Aug. 13, 2010 (GLOBE NEWSWIRE) -- Kahn Swick & Foti, LLC ("KSF") has filed the first securities fraud class action lawsuit against American Public Education, Inc. ("APEI" or the "Company") (Nasdaq:APEI) in the United States District Court for the Northern District of West Virginia, on behalf of purchasers of the common stock of the Company between February 22, 2010 and August 5, 2010, inclusive (the "Class Period"). No class has yet been certified in this action.

　　If you are an APEI shareholder and would like to discuss your legal rights and how this case might affect you, along with the lead plaintiff position and its related responsibilities including overseeing lead counsel with the goal of obtaining a fair and just resolution, you may, without obligation or cost to you, e-mail or call KSF Director of Client Relations, Neil Rothstein, Esq. (neil.rothstein@ksfcounsel.com), toll free at 877-694-9510, or via cell phone any time at 330-860-4092, or KSF Managing Partner, Lewis Kahn (lewis.kahn@ksfcounsel.com), toll free 1-866-467-1400, ext. 200, after hours via cell phone 504-301-7900. KSF attorneys have significant experience in representing both institutional and individual shareholders in securities fraud litigation nationwide. KSF encourages both institutional and individual purchasers of APEI to contact the firm to discuss the lawsuit and how it might affect you. The ultimate outcome of any securities class action case is strengthened through the involvement of aggrieved shareholders and lead plaintiffs who have significant financial losses, and who possess the will to lead and direct the lawyers in the APEI case.

　　APEI and certain of its Officers are charged with making a series of materially false and misleading statements related to the Company's business and operations in violation of the Securities Exchange Act of 1934.

　　In particular, the Complaint alleges that despite extensive positive statements by defendants in press releases and SEC filings during the Class Period regarding the Company's operational performance and future growth projections, including predictable revenue growth of between 36% and 39% for 2010, these statements were false because: (1) defendants had propped up the Company's results by fraudulently inducing students to enroll in APEI's scholastic and educational programs and engaged in other manipulative recruiting tactics; (2) defendants had materially overstated the Company's growth prospects by failing to properly disclose that defendants had engaged in illicit and improper recruiting activities, which also had the effect of artificially inflating the Company's reported results and future growth prospects; and (3) APEI did not maintain adequate systems of internal operational or financial controls, which would have permitted APEI's reported operational statements and foreseeable growth prospects to be true, accurate or reliable.

　　It was only on August 5, 2010 that investors finally began to learn the truth about APEI after the United States General Accounting Office ("GAO") issued a report that concluded that for-profit educational institutions like APEI had engaged in an illegal and fraudulent course of action designed to recruit students and over-charge the federal govern-

Page 2

Kahn Swick & Foti, LLC Files First Securities Fraud Class Action Against American Public Education, Inc.; KSF Law Firm Represents Significant Shareholders in This and Other Similar Actions -- APEI

ment for the cost of such education.  Following these disclosures, shares of the Company collapsed -- falling over $12.00, or almost 30% in the single trading day as this news reached the market.

If you wish to serve as lead plaintiff in this class action lawsuit, you must request this position by application to the court no later than 60 days from today. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. To learn more about KSF, you may visit www.ksfcounsel.com. KSF, whose partners include the Former Louisiana Attorney General Charles C. Foti, Jr., is a law firm focused on securities class action litigation with offices in New York and Louisiana. KSF's lawyers have significant experience litigating complex securities class actions and have recovered millions of dollars in securities fraud class actions.

CONTACT:   Kahn Swick & Foti, LLC
           Neil Rothstein, Esq., Director of Client Relations
           877-694-9510
           Mobile: 330-860-4092
           neil.rothstein@ksfcounsel.com
           206 Covington St.
           Madisonville, LA 70447

**LOAD-DATE:** August 14, 2010