# EXHIBIT C

Movant's Purchases and Losses                                                                                               American Public Education

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| The City of Miami Fire Fighters' and Police Officers' Retirement Trust | 04/14/2010 | 539 | $45.24 | $24,385.98 | held | 9,341 | $28.22 | $263,559.43 | |
| The City of Miami Fire Fighters' and Police Officers' Retirement Trust | 04/15/2010 | 863 | $45.37 | $39,157.76 | | | | | |
| The City of Miami Fire Fighters' and Police Officers' Retirement Trust | 04/16/2010 | 215 | $45.77 | $9,840.55 | | | | | |
| The City of Miami Fire Fighters' and Police Officers' Retirement Trust | 04/16/2010 | 875 | $45.74 | $40,019.00 | | | | | |
| The City of Miami Fire Fighters' and Police Officers' Retirement Trust | 04/19/2010 | 338 | $45.75 | $15,464.85 | | | | | |
| The City of Miami Fire Fighters' and Police Officers' Retirement Trust | 04/20/2010 | 578 | $45.84 | $26,494.94 | | | | | |
| The City of Miami Fire Fighters' and Police Officers' Retirement Trust | 04/21/2010 | 1,726 | $45.93 | $79,275.18 | | | | | |
| The City of Miami Fire Fighters' and Police Officers' Retirement Trust | 04/22/2010 | 787 | $45.90 | $36,122.51 | | | | | |
| The City of Miami Fire Fighters' and Police Officers' Retirement Trust | 04/23/2010 | 1,820 | $45.75 | $83,268.64 | | | | | |
| The City of Miami Fire Fighters' and Police Officers' Retirement Trust | 05/05/2010 | 1,600 | $42.66 | $68,249.60 | | | | | |
| Movant's Total | | 9,341 | | $422,279.02 | | 9,341 | | $263,559.43 | ($158,719.59) |

Opening position of 16,000 shares.

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $28.22 as of October 08, 2010.