UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF WEST VIRGINIA

AT MARTINSBURG

| | |
|---|---|
| DOUGLAS N. GAER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN PUBLIC EDUCATION, INC., et al.,<br><br>　　　　　　　　　　Defendants. | No. 3:10-cv-00081-JPB<br><br>CLASS ACTION<br><br>The Honorable John Preston Bailey<br><br>JOINT SCHEDULING STIPULATION |

　　　　Lead Plaintiffs, City of Miami Fire Fighters' and Police Officers' Retirement Trust (the "Retirement Trust") and Douglas Gaer, and American Public Education, Inc., Wally Boston Jr., Frank B. McCluskey, and Harry T. Wilkins (collectively, "Defendants") hereby enter into this Scheduling Stipulation and [Proposed] Order and state as follows:

　　　　1.　　On November 10, 2010, this Court issued an Order appointing the Retirement Trust and Douglas Gaer as Lead Plaintiffs ("Lead Plaintiffs").

　　　　2.　　On August 27, 2010, this Court signed a Stipulation For Extension of Time to Answer, Move or Otherwise Respond, whereby all parties agreed that within fifteen (15) days from the Court's appointment of Lead Plaintiffs, the parties would submit a mutually agreeable proposed scheduling order.  In light of the foregoing:

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Lead Plaintiffs and Defendants, that:

1. Lead Plaintiffs shall file a consolidated complaint within sixty (60) days from the date the Court enters an Order or otherwise approves this Joint Scheduling Stipulation;

2. Defendants shall answer or otherwise respond to the consolidated complaint no later than forty-five (45) days after Lead Plaintiffs' consolidated complaint is filed;

3. If Defendants' response to the consolidated complaint is a motion to dismiss, Lead Plaintiffs shall respond to the motion to dismiss within forty-five (45) days after it is filed; and

4. If Defendants file a motion to dismiss, Defendants shall file their reply in support of that motion within twenty (20) days after Lead Plaintiffs file a response.

**IT IS SO STIPULATED.**

DATED:  November 15, 2010              STEVEN F. WHITE PLLC
                                       STEVEN F. WHITE (SBID #4021)


                                              */s/ Steven F. White*
                                       STEVEN F. WHITE

                                       405 Capitol Street, Suite 908
                                       Charleston, WV  25301
                                       Telephone:  304/720-1400
                                       304/346-6731 (fax)

                                       *Liaison Counsel*

                                       ROBBINS GELLER RUDMAN & DOWD LLP
                                       DAVID J. GEORGE *(pro hac vice pending)*
                                       ROBERT J. ROBBINS *(pro hac vice pending)*
                                       120 East Palmetto Park Road, Suite 500
                                       Boca Raton, FL  33432
                                       Telephone:  561/750-3000
                                       561/750-3364 (fax)

                                       *Lead Counsel for Plaintiff*

Case 3:10-cv-00081-JPB   Document 47   Filed 11/15/10   Page 3 of 4   PageID #: 298

- 3 -

| | |
|---|---|
| DATED:  November 15, 2010 | STEPTOE & JOHNSON PLLC<br>ERIC J. HULETT (W.V. BAR #6332) |

                              */s/ Eric J. Hulett*
                              ERIC J. HULETT

1250 Edwin Miller Blvd., Suite 300
Martinsburg, WV  25404
Telephone:  304/262-3519
304/262-3541 (fax)
eric.hulett@steptoe-johnson.com

*Counsel for Defendants*

HOGAN LOVELLS US L.L.P.
MARK D. GATELY
STEVEN F. BARLEY
SCOTT R. HAIBER
100 International Drive, Suite 2000
Baltimore, MD  21202
Telephone:  410/659-2700
410/659-2701 (fax)
mark.gately@hoganlovells.com

*Counsel for Defendants*

                          *   *   *

**ORDER**

IT IS SO ORDERED.

DATED: _____

                          THE HONORABLE JOHN PRESTON BAILEY
                          UNITED STATES DISTRICT CHIEF JUDGE

# Mailing Information for a Case 3:10-cv-00081-JPB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steven F. Barley**
  steve.barley@hoganlovells.com

- **Carl N. Frankovitch**
  carln@facslaw.com

- **Mark D. Gately**
  mark.gately@hoganlovells.com

- **Scott R. Haiber**
  scott.haiber@hoganlovells.com

- **Eric J. Hulett**
  eric.hulett@steptoe-johnson.com,maryfaith.suarez@steptoe-johnson.com

- **Steven F. White**
  wvstevewhite@yahoo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Stephen H. Cypen
Cypen & Cypen
Suite 320
777 Arthur Godfrey Road
Miami Beach, FL 33140

Lewis Kahn
Kahn Swick & Foti, LLC
206 Covington Street
Madisonville, LA 70447

Tricia L. McCormick
Robbins Geller Rudman & Dowd LLP
Suite 1900
655 West Broadway
San Diego, CA 92101

Kim Miller
Kahn Swick & Foti, LLC
Suite 1810
500 Fifth Avenue
New York, NY 10110

Darren J. Robbins
Robbins Geller Rudman & Dowd LLP
Suite 1900
655 West Broadway
San Diego, CA 92101
```