UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF WEST VIRGINIA

AT MARTINSBURG

| | | |
|---|---|---|
| DOUGLAS N. GAER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN PUBLIC EDUCATION, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:10-cv-00081-JPB<br><br>CLASS ACTION<br><br>The Honorable John Preston Bailey<br><br>AMENDED JOINT SCHEDULING STIPULATION |

Lead Plaintiffs, City of Miami Fire Fighters' and Police Officers' Retirement Trust (the "Retirement Trust") and Douglas Gaer, and American Public Education, Inc., Wally Boston Jr., Frank B. McCluskey, and Harry T. Wilkins (collectively, "Defendants") hereby enter into this Amended Scheduling Stipulation and [Proposed] Order and state as follows:

1.      On November 10, 2010, this Court issued an Order appointing the Retirement Trust and Douglas Gaer as Lead Plaintiffs ("Lead Plaintiffs").

2.      On August 27, 2010, this Court signed a Stipulation For Extension of Time to Answer, Move or Otherwise Respond, whereby all parties agreed that within fifteen (15) days from the Court's appointment of Lead Plaintiffs, the parties would submit a mutually agreeable proposed scheduling order.

3.      On November 8, 2010, the parties filed their Joint Scheduling Stipulation concerning the filing of Lead Plaintiffs' consolidated complaint and Defendants' response(s) thereto.

4.      On November 17, 2010, the Court entered an Order adopting the deadlines set forth in the Joint Scheduling Stipulation.  As a result, Lead Plaintiffs' consolidated complaint is currently due on January 18, 2011.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Lead Plaintiffs and Defendants, that:

1.      Lead Plaintiffs shall have a one week extension of time within which to file their consolidated complaint, which will be due on January 25, 2011.

2.      Defendants shall answer or otherwise respond to the consolidated complaint no later than forty-five (45) days after Lead Plaintiffs' consolidated complaint is filed;

3.      If Defendants' response to the consolidated complaint is a motion to dismiss, Lead Plaintiffs shall respond to the motion to dismiss within forty-five (45) days after it is filed; and

4.      If Defendants file a motion to dismiss, Defendants shall file their reply in support of that motion within twenty (20) days after Lead Plaintiffs file a response.

**IT IS SO STIPULATED.**

DATED:  January 12, 2011                    STEVEN F. WHITE PLLC
                                            STEVEN F. WHITE (SBID #4021)


                                            _____
                                                */s/ Steven F. White*
                                                STEVEN F. WHITE

                                            405 Capitol Street, Suite 908
                                            Charleston, WV  25301
                                            Telephone:  304/720-1400
                                            304/346-6731 (fax)

                                            ***Liaison Counsel***

ROBBINS GELLER RUDMAN & DOWD LLP
DAVID J. GEORGE *(admitted pro hac vice)*
ROBERT J. ROBBINS *(admitted pro hac vice)*
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

***Lead Counsel for Plaintiff***

DATED:  January 12, 2011                STEPTOE & JOHNSON PLLC
                                        ERIC J. HULETT (W.V. BAR #6332)


                                        _____
                                                 */s/ Eric J. Hulett*
                                               ERIC J. HULETT

                                        1250 Edwin Miller Blvd., Suite 300
                                        Martinsburg, WV  25404
                                        Telephone:  304/262-3519
                                        304/262-3541 (fax)
                                        eric.hulett@steptoe-johnson.com

                                        ***Counsel for Defendants***

                                        HOGAN LOVELLS US L.L.P.
                                        MARK D. GATELY *(admitted pro hac vice)*
                                        STEVEN F. BARLEY *(admitted pro hac vice)*
                                        SCOTT R. HAIBER *(admitted pro hac vice)*
                                        100 International Drive, Suite 2000
                                        Baltimore, MD  21202
                                        Telephone:  410/659-2700
                                        410/659-2701 (fax)
                                        mark.gately@hoganlovells.com

                                        ***Counsel for Defendants***

                                    *        *        *

## ORDER

        IT IS SO ORDERED.

DATED:_____        _____
                                   THE HONORABLE JOHN PRESTON BAILEY
                                   UNITED STATES DISTRICT CHIEF JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 12, 2011.

s/ STEVEN F. WHITE PLLC
STEVEN F. WHITE PLLC

STEVEN F. WHITE PLLC
405 Capitol Street, Suite 908
Charleston, WV  25301
Telephone:  304/720-1400
304/346-6731 (fax)

E-mail: wvstevewhite@yahoo.com

# Mailing Information for a Case 3:10-cv-00081-JPB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steven F. Barley**
  steve.barley@hoganlovells.com

- **Carl N. Frankovitch**
  carln@facslaw.com

- **Mark D. Gately**
  mark.gately@hoganlovells.com

- **David J. George**
  dgeorge@rgrdlaw.com

- **Scott R. Haiber**
  scott.haiber@hoganlovells.com

- **Eric J. Hulett**
  eric.hulett@steptoe-johnson.com,maryfaith.suarez@steptoe-johnson.com

- **Lewis Kahn**
  lewis.kahn@ksfcounsel.com

- **Kim Miller**
  kim.miller@ksfcounsel.com

- **Robert J. Robbins**
  rrobbins@rgrdlaw.com

- **Steven F. White**
  wvstevewhite@yahoo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Stephen H. Cypen
Cypen & Cypen
Suite 320
777 Arthur Godfrey Road
Miami Beach, FL 33140

Tricia L. McCormick
Robbins Geller Rudman & Dowd LLP
```

Suite 1900
655 West Broadway
San Diego, CA 92101

**Darren J. Robbins**
Robbins Geller Rudman & Dowd LLP
Suite 1900
655 West Broadway
San Diego, CA 92101