UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF WEST VIRGINIA

AT MARTINSBURG

| | |
|---|---|
| DOUGLAS N. GAER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN PUBLIC EDUCATION, INC., et al.,<br><br>　　　　　　　　　Defendants. | No. 3:10-cv-00081-JPB<br><br><u>CLASS ACTION</u><br><br>The Honorable John Preston Bailey<br><br>AMENDED JOINT SCHEDULING STIPULATION |

　　　　Lead Plaintiffs, City of Miami Fire Fighters' and Police Officers' Retirement Trust (the "Retirement Trust") and Douglas Gaer, and American Public Education, Inc., Wally Boston Jr., Frank B. McCluskey, and Harry T. Wilkins (collectively, "Defendants") hereby enter into this Amended Scheduling Stipulation and [Proposed] Order and state as follows:

　　　　1.　　On November 10, 2010, this Court issued an Order appointing the Retirement Trust and Douglas Gaer as Lead Plaintiffs ("Lead Plaintiffs").

　　　　2.　　On August 27, 2010, this Court signed a Stipulation For Extension of Time to Answer, Move or Otherwise Respond, whereby all parties agreed that within fifteen (15) days from the Court's appointment of Lead Plaintiffs, the parties would submit a mutually agreeable proposed scheduling order.

　　　　3.　　On November 8, 2010, the parties filed their Joint Scheduling Stipulation concerning the filing of Lead Plaintiffs' consolidated complaint and Defendants' response(s) thereto.

4. On November 17, 2010, the Court entered an Order adopting the deadlines set forth in the Joint Scheduling Stipulation. As a result, Lead Plaintiffs' consolidated complaint is currently due on January 18, 2011.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Lead Plaintiffs and Defendants, that:

1. Lead Plaintiffs shall have a one week extension of time within which to file their consolidated complaint, which will be due on January 25, 2011.

2. Defendants shall answer or otherwise respond to the consolidated complaint no later than forty-five (45) days after Lead Plaintiffs' consolidated complaint is filed;

3. If Defendants' response to the consolidated complaint is a motion to dismiss, Lead Plaintiffs shall respond to the motion to dismiss within forty-five (45) days after it is filed; and

4. If Defendants file a motion to dismiss, Defendants shall file their reply in support of that motion within twenty (20) days after Lead Plaintiffs file a response.

**IT IS SO STIPULATED.**

DATED: January 12, 2011

STEVEN F. WHITE PLLC
STEVEN F. WHITE (SBID #4021)

*/s/ Steven F. White*
STEVEN F. WHITE

405 Capitol Street, Suite 908
Charleston, WV 25301
Telephone: 304/720-1400
304/346-6731 (fax)

***Liaison Counsel***

                                  ROBBINS GELLER RUDMAN & DOWD LLP
                                  DAVID J. GEORGE *(admitted pro hac vice)*
                                  ROBERT J. ROBBINS *(admitted pro hac vice)*
                                  120 East Palmetto Park Road, Suite 500
                                  Boca Raton, FL 33432
                                  Telephone: 561/750-3000
                                  561/750-3364 (fax)

                                  *Lead Counsel for Plaintiff*

DATED: January 12, 2011          STEPTOE & JOHNSON PLLC
                                  ERIC J. HULETT (W.V. BAR #6332)


                                     */s/ Eric J. Hulett*
                                  ERIC J. HULETT

                                  1250 Edwin Miller Blvd., Suite 300
                                  Martinsburg, WV 25404
                                  Telephone: 304/262-3519
                                  304/262-3541 (fax)
                                  eric.hulett@steptoe-johnson.com

                                  *Counsel for Defendants*

                                  HOGAN LOVELLS US L.L.P.
                                  MARK D. GATELY *(admitted pro hac vice)*
                                  STEVEN F. BARLEY *(admitted pro hac vice)*
                                  SCOTT R. HAIBER *(admitted pro hac vice)*
                                  100 International Drive, Suite 2000
                                  Baltimore, MD 21202
                                  Telephone: 410/659-2700
                                  410/659-2701 (fax)
                                  mark.gately@hoganlovells.com

                                  *Counsel for Defendants*

                                  \*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: 1-13-2011            */s/ John Preston Bailey*
                                  THE HONORABLE JOHN PRESTON BAILEY
                                  UNITED STATES DISTRICT CHIEF JUDGE