# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Douglas N. Gaer, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:10CV81 |
| American Public Education, et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: [59] Motion to Dismiss by Defendants American Public Education, Inc., Wallace E. Boston, Jr., and Harry T. Wilkins is GRANTED and this matter is hereby DISMISSES with prejudice and ORDERED STRICKEN from the active docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge John Preston Bailey on a motion for Motion to Dismiss

Date: 12/08/2011

*CLERK OF COURT*

/s/ Chadwick W Mullen
*Signature of Clerk or Deputy Clerk*